**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Arthur D'Amario,
Petitioner

v. CA05-208S

United States of America,
Defendant

**ORDER**

Since all of the judges of this Court have recused themselves this case is hereby referred to the District of New Hampshire for assignment to a judge in that District sitting by designation.

The Clerk shall forward a copy of the file to the District of New Hampshire for assignment but jurisdiction over this case shall remain with the District of Rhode Island which shall enter final judgment.

The originals of all documents filed in the future shall be filed in this Court and copies shall be filed in the District of New Hampshire. The case caption on each such document must bear both the New Hampshire and Rhode Island case numbers.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres
Chief Judge Ernest C. Torres
date: 5/11/05

2