U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

MAY 25 1 29 PM '05

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Arthur D'Amario,
Petitioner

v.

Case No. RI 05-cv-208S
NH 05-ds-166-PB

United States of America,
Defendants

**RECUSAL ORDER**

Based on the same facts supporting the recusal order dated August 27, 2003, in the case entitled United States of America v. Arthur D'Amario, NH 99-cr-030-JD, RI 99-cr-024-01S, the undersigned judges are recused from presiding over this case. Accordingly, the case shall be transferred back to the District of Rhode Island.

**SO ORDERED.**

May 23, 2005

Steven J. McAuliffe
Chief Judge

May 24 2005

Paul Barbadoro
United States District Judge

May 25, 2005

James R. Muirhead
United States Magistrate Judge

cc: Arthur D'Amario
Clerk, USDC-RI

(4)