UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO, III

v. C.A. No. 05-208S

UNITED STATES OF AMERICA

TRANSFER ORDER

This Court's records show that the petitioner has brought a previous application for relief under 28 U.S.C. § 2255. See D'Amario v. USA, USDC RI No. 01-97S.

28 U.S.C. § 2255 provides:

> A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain–
>
> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
>
> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

Therefore, the petitioner cannot pursue the instant § 2255 application in the district court unless authorization to do so is obtained from the court of appeals. Accordingly, pursuant to 28 U.S.C. § 1631, this matter is hereby transferred to the United States Court of Appeals for the First Circuit.

It is so ordered.

Ernest C Torres

Chief Judge Ernest C. Torres
Date: 6/18/05