David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Robert R. Henry
Chief Deputy

June 17, 2005

Richard Donovan, Clerk
United States Court of Appeals
One Courthouse Way
Boston, MA 02109

**Re: <u>D'Amario v. US</u>, C.A. No. 05-208S**

Dear Mr. Donovan:

Enclosed please find a Transfer Order entered by Chief Judge Ernest C. Torres in the above-referenced matter transferring this case to the First Circuit Court of Appeals, along with the original file and a certified copy of the docket.

Please acknowledge receipt of the enclosed by signing a **copy** of this letter and returning back to this office.

Sincerely,

DAVID A. DiMARZIO
Clerk of Court

Alba-Sue Mercurio
Deputy Clerk

Enclosure: Certified Docket
Original file

Susan Pedrazza
05-1932