MANDATE

05-208
USDC/RI
Judge Torres

# United States Court of Appeals
## For the First Circuit

No. 05-1932

ARTHUR D'AMARIO, III

Petitioner

v.

UNITED STATES

Respondent

**JUDGMENT**

**Entered: September 6, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

LYNNE ALIX MORRISON

By: ________________________
Appeals Attorney

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Susan Adams
Deputy Clerk

Date: 9-6-05

[cc: Adi Goldstein, Esq., Donald Lockhart, Esq. and Arthur D'Amario, III]